IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN K. DOERR and ROBERT DOERR, Wife and Husband,<br><br>                    Plaintiffs,<br><br>vs.<br><br>HARMS FARMS TRUCKING, INC., a Nebraska Corporation, and BRETT W. GOLBEK,<br><br>                    Defendants. | 7:13-CV-5008<br><br><br>ORDER |

This matter is before the Court on the plaintiffs' motion to dismiss their claims against defendant Brett W. Golbek, without prejudice (filing 8). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiffs may dismiss their claims without leave of the Court. Accordingly,

IT IS ORDERED:

1.    Plaintiffs' motion to dismiss (filing 8) is granted.

2.    Plaintiffs' claims against defendant Brett W. Golbek are dismissed, without prejudice.

Dated this 7th day of March, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge