IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN K DOERR, Wife and Husband; and ROBERT DOERR, Wife and Husband;<br><br>    Plaintiffs,<br><br> vs.<br><br>HARMS FARMS TRUCKING, INC., a Nebraska Corporation;<br><br>    Defendant. | 7:13CV5008<br><br>**AMENDED PROGRESSION ORDER** |

   The Stipulated Motion to Continue (Filing No. 20) is granted, and the progression order is amended as follows:

  1)  The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, North Platte Federal Building, 300 East 3rd Street, North Platte, Nebraska at 9:00 a.m. on **March 23, 2015**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at the commencement of trial.

  2)  The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **March 3, 2015** at **11:30 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 2, 2015. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

  3)  A telephonic conference with the undersigned magistrate judge will be held on **December 23, 2014** at **11:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

  4)  The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is September 5, 2014. Motions to compel Rule 33 through 36 discovery must be filed by August 21, 2014.

2

5) The deadline for identifying expert witnesses expected to testify at the trial is August 4, 2014.

6) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s): September 5, 2014.
    For the defendant(s): November 3, 2014.
    For the plaintiff(s) rebuttal: December 8, 2014.

7) The deposition deadline is January 5, 2015.

8) The deadline for filing motions to dismiss and motions for summary judgment is January 5, 2015. The parties are advised, however, that the trial and pretrial conference may be continued on the court's own motion if dispositive motions are filed after December 16, 2014.

9) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 5, 2015.

July 2, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge