IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN K DOERR, Wife and Husband; and ROBERT DOERR, Wife and Husband;<br><br>                Plaintiffs,<br><br>    vs.<br><br>HARMS FARMS TRUCKING, INC., a Nebraska Corporation; and BRETT W GOLBEK,<br><br>                Defendants. | 7:13CV5008<br><br>**ORDER** |

      IT IS ORDERED that the plaintiffs' motion to continue, (Filing No. 25), is granted in part as follows:

1)     The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is extended to October 20, 2014. Motions to compel Rule 33 through 36 discovery must be filed by November 3, 2014.

2)     The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended to:

        For the plaintiff(s):            October 20, 2014.
        For the defendant(s):         December 19, 2014.
        For the plaintiff(s) rebuttal:    January 20, 2015.

3)     The deposition deadline is extended to February 19, 2015.

4)     All other deadlines in the court's progression order, (Filing No. 21), are unchanged.

    DATED: September 2, 2014    BY THE COURT:

                                                           *s/ Cheryl R. Zwart*
                                                           United States Magistrate Judge