IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN K DOERR, Wife and Husband; and ROBERT DOERR, Wife and Husband;<br><br>Plaintiffs,<br><br>vs.<br><br>HARMS FARMS TRUCKING, INC., a Nebraska Corporation; and BRETT W GOLBEK,<br><br>Defendants. | 7:13CV5008<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the parties' stipulation for dismissal of this case, (filing no. 29),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against the defendants are dismissed with prejudice, each party to pay their own costs and attorney fees.

November 7, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge